**UNITED STATES of America,
Appellee,**

v.

**Roger Allan ROWLEY, Appellant.**

No. 08–3939.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 27, 2012.

Filed: May 2, 2012.

Daniel C. Tvedt, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

John P. Messina, Assistant, Federal Public Defender's Office, Des Moines, IA, for Appellant.

Roger Allan Rowley, Oklahoma City, OK, pro se.

Before RILEY, Chief Judge, SMITH and BENTON, Circuit Judges.

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

PER CURIAM.

Roger Allan Rowley appeals the sentence imposed on him after the district court[1] revoked his supervised release in November 2008. The appeal is moot because Rowley was released from custody and fully discharged his sentence in October 2011. Accordingly, this appeal is dismissed, and counsel's motion to withdraw is denied as moot.

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.